# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ALEXANDER FAVOR,<br><br>    Plaintiff,<br><br>v.<br><br>MONAE, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00756-LJO-SKO (PC)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE**<br><br>**(Docs. 2, 7, 10)** |

Plaintiff, Brandon Alexander Favor, a state prisoner proceeding *pro se*, filed this civil rights action on June 2, 2017. On July 13, 2017, an order issued finding Plaintiff ineligible to proceed *in forma pauperis* and requiring payment of the filing fee within twenty-one days. Plaintiff was warned that the action would be dismissed without prejudice if he failed to obey the order. More than a month has passed and Plaintiff has not paid the filing fee.

A civil action may not proceed absent the submission of either the filing fee or approval to proceed *in forma pauperis*. 28 U.S.C. §§ 1914, 1915. Since Plaintiff was found ineligible to proceed *in forma pauperis*, payment of the filing fee is required. Based on Plaintiff's failure to pay the filing fee in compliance with the Court's order, dismissal of this action is appropriate. *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

It is noted that Plaintiff recently filed a petition for writ of habeas corpus in this action. (Doc. 13.) However, Plaintiff initiated this civil rights action pursuant to 42 U.S.C. § 1983.

1

Plaintiff may not unilaterally change this civil rights action to a habeas petition to avoid payment of the filing fee. If Plaintiff desires to pursue a writ of habeas corpus, he must do so in a new action.

Accordingly, the Court **HEREBY ORDERS** this action dismissed without prejudice, for Plaintiff's failure to pay the filing fee. The Clerk's Office is directed to close this action and to return the petition for writ of habeas corpus and exhibits which Plaintiff filed on August 21, 2017 (Doc. 13) to Plaintiff with service of this order.

IT IS SO ORDERED.

Dated: __**August 28, 2017**__      _____/s/ Lawrence J. O'Neill_____
                                                                                UNITED STATES CHIEF DISTRICT JUDGE